STATE v. HARRINGTON

No. 135 PC.

Case below: 17 N.C. App. 221.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 March 1973.

STATE v. MASON

No. 139 PC.

Case below: 17 N.C. App. 44.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 March 1973.

STATE v. PARROTT

No. 19 PC.

Case below: 17 N.C. App. 332.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. PHIFER

No. 8 PC.

Case below: 17 N.C. App. 101.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. SHADDING

No. 10 PC.

Case below: 17 N.C. App. 279.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.